No. 14,417.

URSO *v.* THE PEOPLE.
(82 P. [2d] 1118)

Decided August 8, 1938.

Judgment affirmed en banc on application for supersedeas without written opinion, Mr. Justice Bouck and Mr. Justice Holland not participating.

Mr. GEORGE H. LERG, Mr. RALPH LOEB, for plaintiff in error.

Mr. HARRY BEHM, for the people.